An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

PERCY LAVAE BACON,
Appellant,
vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
AND THE STATE OF NEVADA,
Respondents.

No. 63487

**FILED**

AUG 27 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a proper person appeal from an order of the district court dismissing an appeal from the justice court. Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the justice court. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

14-28290

cc:     Hon. Kerry Louise Earley, District Judge
        Percy Lavae Bacon
        Attorney General/Carson City
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A